# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-0172-RLH-PAL |
| vs. | ) | **O R D E R** |
| LIOR ZAKEN. | ) | (Motion for Stay–#140) |
| Defendant. | ) | |

Before the Court is the United States' Motion for Stay of Magistrate Judge's Release Order (#140, filed October 25, 2010), seeking a stay of release of the Defendant Zaken until the Court can address its appeal of Magistrate Judge Lawrence R. Leavitt's Order of release on bond. The Government's Appeal (#141) was filed contemporaneously.

The Court will address the Motion for Stay immediately, in the interests of justice, and to avoid unnecessary delay. This motion and the appeal raise serious questions about the potential of Defendant Zaken being a significant danger to the community and a serious risk of non-appearance, including the risks of obstruction of justice and intimidation or injury to prospective witnesses. While this Court declines to form an opinion about the merits of the Government's motion or appeal, the questions raised require expedited consideration.

IT IS THEREFORE ORDERED that the Motion for Stay of Magistrate Judge's Release Order (#140) is granted, and Defendant Zaken's release is stayed until the appeal of the Magistrate Judge's Order can be heard and decided.

IT IS FURTHER ORDERED that the Defendant shall file any written response to the appeal no later than <u>noon, Friday, October 29, 2010</u>, with a courtesy copy to chambers.

IT IS FURTHER ORDERED that a hearing will be held on the appeal at <u>3:00 p.m., November 1, 2010</u>, in Courtroom 6C, Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada.

Dated: October 26, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**