**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorneys for Defendant
LIOR ZAKEN

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JUL - 8 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIOR ZAKEN, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-172-RLH-PAL |

**ORDER TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL
AT THE CONCLUSION OF SENTENCING**

UPON the REQUEST TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL AT THE CONCLUSION OF SENTENCING, submitted by attorney JOHN J. MOMOT, ESQ. and YI LIN ZHENG, ESQ., and for good cause shown,

IT IS HEREBY ORDERED that defense counsels' REQUEST TO BE RELIEVED AS COUNSEL FOR PURPOSES OF APPEAL AT THE CONCLUSION OF SENTENCING for Defendant, LIOR ZAKEN, is hereby granted.

DATED this 8 day of July, 2011.

_____
THE HONORABLE ROGER L. HUNT